USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THAI-LAO LIGNITE (THAILAND) CO., LTD. &
HONGSA LIGNITE (LAO PRD) CO., LTD,

    Petitioners,

v.

GOVERNMENT OF THE LAO PEOPLE'S
DEMOCRATIC REPUBLIC,

    Respondent

Index No. 10 Civ. 5256 (KMW)

**Stipulation**

---

WHEREAS, Petitioners commenced this proceeding in the Supreme Court of the State of New York (New York County) (the "State Court") on June 8, 2010 by serving the following papers (collectively, the "Papers") on Respondents: Notice of Petition, Petition, Declaration of Wirach Nimmanwathana, Memorandum of Law in Support of Petition to Confirm Arbitral Award, Request for Judicial Intervention, and Motion for Admission Pro Hac Vice of Christopher F. Dugan; and

WHEREAS, Respondents, through their undersigned counsel, removed this proceeding from the State Court to this Court by serving a Notice of Removal on July 9, 2010; and

WHEREAS, the parties have conferred concerning scheduling and other matters;

it is hereby AGREED and STIPULATED that:

1.     Respondent shall have until **October 3, 2010** to serve and file any papers opposing the Petition herein.

2.     Respondent hereby waives any objections or defenses based upon Petitioners' service of the Papers, including, without limitation, any defenses based on 28 U.S.C.

§ 1608 and/or Rule 12(b)(4) or 12(b)(5) of the Federal Rules of Civil Procedure.

AGREED:

/s/ James E. Berger
James E. Berger
Paul, Hastings, Janofsky & Walker LLP
75 East 55 Street
New York, New York 10022
(212) 318-6000

*Attorney for Petitioners*
*Thai-Lao Lignite (Thailand) Co., Ltd.*
*Hongsa Lignite (Lao PDR) Co., Ltd.*

/s/ Anthony J. Hatab
Anthony J. Hatab
Dressel & Hatab, P.C.
6 East 45th Street, Suite 1605
New York, New York 10017
(212) 980-0202

*Attorney for Respondent*
*Government of the Lao People's*
*Democratic Republic*

SO ORDERED: 7/23/10

/s/ Kimba M. Wood
Hon. Kimba Wood
United States District Judge