```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THAI-LAO LIGNITE (THAILAND) CO.,
LTD., et al,
Plaintiff,

    -v-

GOVERNMENT OF THE LAO PEOPLE'S
DEMOCRATIC REPUBLIC,
Defendant.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 CV 5256 (KMW)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | _____ | ___ | Habeas Corpus |
| | _____ | ___ | Social Security |
| | _____ | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Particular Motion: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

All such motions: ____

___ Settlement*

___ Inquest After Default/Damages Hearing

\* Do not check if already referred for general pretrial.
Dated  December 21, 2010

SO ORDERED:

/s/ Kimba M. Wood

United States District Judge