```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THAI-LAO LIGNITE (THAILAND) CO., LTD. &
HONGSA LIGNITE (LAO PDR) CO., LTD.,
        Petitioners,

    -against-

GOVERNMENT OF THE LAO PEOPLE'S
DEMOCRATIC REPUBLIC,
        Respondent.
----------------------------------------------------------X

10 CIVIL 5256 (KMW)

**JUDGMENT**

# 11,514

  Petitioners having moved to confirm an arbitral award; Respondent having moved to dismiss the petition, and the matter having been brought before the Honorable Kimba M. Wood, United States District Judge, and the Court, on August 3, 2011, having issued its Opinion and Order denying Respondent's motion to dismiss, granting Petitioners' petition to confirm the Award, and entering a judgment in favor of Petitioners in the amount of $56,210,000, plus interest from November 4, 2009 to the date of satisfaction, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2011, Respondent's motion to dismiss is denied; Petitioners' petition to confirm the Award is granted; and judgment is entered in favor of Petitioners in the amount of $56,210,000, plus interest from November 4, 2009 to the date of satisfaction.

**Dated:** New York, New York
    August 5, 2011

                 RUBY J. KRAJICK
                   Clerk of Court
              BY:
                   Deputy Clerk

                  THIS DOCUMENT WAS ENTERED
                  ON THE DOCKET ON _____