# KING & SPALDING

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/13

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

James E. Berger
Partner
Direct Dial: +1 212 556 2202
Direct Fax: +1 212 556 2222
Jberger@kslaw.com

June 25, 2013

**Via Facsimile**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *Thai-Lao Lignite (Thailand) Co., Ltd. & Hongsa Lignite (Lao PDR) Co., Ltd. v. Government of the Lao People's Democratic Republic*, 10-cv-5256 (KMW) (DCF)

Dear Judge Wood:

Petitioners are in receipt of the Court's recent order setting a hearing on Petitioners' pending Motion for Sanctions and Contempt for July 18 at 2:00 pm.

The Court of Appeal of Malaysia has calendared a hearing on Petitioners' appeal of the judgment of the High Court of Malaya at Kuala Lumpur setting aside the award in this case on July 17. I will be attending that hearing, which will make it impossible for me to be present for the July 18 hearing. My plans call for me to remain in Asia through the following week to address other business; I will be back in New York the week of July 29.

Petitioners wrote to Respondent's counsel asking whether Respondent would consent to Petitioners' request for an adjournment of the hearing to the week of July 29 or thereafter. Mr. Branson initially declined to consent to our request, noting that he has made plans to travel to France, apparently for the month of August; he has now agreed to consent provided that Petitioners do not request a hearing prior to September.

In view of the foregoing, Petitioners respectfully request that the Court adjourn the July 18 hearing to a new date. Should the Court be disinclined to wait until September to convene the hearing, Petitioners will appear (through co-counsel) on July 18 in accordance with the Court's order.

*Denied. KMW*

Respectfully submitted,

*James E. Berger /cas*

James E. Berger

cc:   All Counsel (via email)

*The hearing on Petitioner's pending Motion for Sanctions and Contempt will go forward July 18, 2013, at 2 p.m., as scheduled.*

6-26-13
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

2