UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THAI-LAO LIGNITE (THAILAND) CO., LTD. & HONGSA LIGNITE (LAO PDR) CO., LTD., <br><br> Petitioners, <br><br> v. <br><br> GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC <br><br> Respondent. | Civil Action No.: 10 Civ. 5256 (KMW)(DCF) <br><br> **Notice of Withdrawal of Notices of Deposition** |

Please take notice that Petitioners Thai-Lao Lignite (Thailand) Co., Ltd. ("TLL") and Hongsa Lignite (Lao PDR) Co., Ltd. ("HLL") hereby withdraw two notices of deposition issued to Respondent the Government of the Lao People's Democratic Republic ("Respondent") pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure on January 8, 2013[1] which sought to take depositions upon oral examination of the Embassy of the Lao People's Democratic Republic to the United States (the "Embassy") and the Permanent Mission of the Lao People's Democratic Republic to the United Nations (the "UN Mission"), in their respective capacities as component units of Respondent. Petitioners consider the Respondent's obligations under the notices of deposition to be completely discharged, hereby close the record of the depositions taken pursuant to those notices, and will not issue any additional notices of deposition on the same subject.

---

[1] These notices were each titled "Second Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)," which superseded two prior sets of deposition notices seeking the same depositions issued on August 10, 2012 and August 22, 2012, respectively.

1

Dated: New York, New York
        August 8, 2013

                                        Respectfully submitted,

                                        _____
                                        James E. Berger (JB 6605)
                                        Charlene C. Sun (CS 1281)
                                        King & Spalding LLP
                                        1185 Avenue of the Americas
                                        New York, NY 10036

                                        *Attorneys for Petitioners Thai-Lao Lignite*
                                        *(Thailand) Co., Ltd. & Hongsa Lignite (Lao PDR)*
                                        *Co., Ltd.*