UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THAI-LAO LIGNITE (THAILAND) CO., LTD. & HONGSA LIGNITE (LAO PDR) CO., LTD., <br><br> Petitioners, <br><br> v. <br><br> GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC <br><br> Respondent. | Civil Action No.: 10 Civ. 5256 (KMW)(DCF) <br><br> **NOTICE OF APPEAL** |

Please take notice that Thai-Lao Lignite (Thailand) Co., Ltd. ("TLL") and Hongsa Lignite (Lao PDR) Co., Ltd. ("HLL"), Petitioners in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the order of the United States District Court for the Southern District of New York (Wood, J.) entered on February 6, 2014, granting Respondent's Motion to Vacate Judgment Pursuant to Fed. R. Civ. P. 60(b)(5) and vacating the judgment entered on August 5, 2011 (amended on April 23, 2012).

Dated: New York, New York
February 24, 2014

Respectfully submitted,

James E. Berger (JB 6605)
Charlene C. Sun (CS 1281)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

*Attorneys for Petitioners Thai-Lao Lignite
(Thailand) Co., Ltd. & Hongsa Lignite (Lao PDR)*

1

*Co., Ltd.*

To:    David J. Branson, Esq.
       King Branson LLC
       3 Bethesda Metro Center., Suite 700
       Bethesda, MD 20814
       (301) 941-1480

       Anthony J. Hatab, Esq.
       Dressel & Hatab
       6 East 45th Street, Suite 1605
       New York, NY 10017
       (212) 980-0202

       Anthony F. King, Esq.
       King Branson LLC
       2000 Penn Ave NW, Suite 4200
       Washington, DC 20006
       (202) 660-0010

       Steven F. Molo, Esq.
       MoloLamken, LLP
       350 Park Avenue
       New York, NY 10022
       (212) 607-8160

       Robert K. Kry, Esq.
       Molo Lamken LLP (NYC)
       540 Madison Ave.
       New York, NY 10022
       (202) 556-2000

       Prof. George A. Bermann
       Columbia University School of Law
       435 West 116th Street
       New York, NY 10027
       (212) 854-4258